UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SOLANLLY CABRERA, :

              Hon. William J. Martini
              United States District Judge

       Petitioner, :

              Civil No. 10-2713 (WJM)

  v. :             Crim. No. 01-253   (HAA)

UNITED STATES OF AMERICA, :

     Respondent. :          ORDER TO SEAL MATERIALS

This matter having come before the Court on the motion of the United States to seal materials that were previously under seal in Crim No. 01-253 that contain personal information of the Petitioner; and for good cause shown;

IT IS on this _7th_ day of ~~November~~ December, 2010,

ORDERED that the Pre-Sentence Report filed under seal by the United States in its Answer remain under seal.

                                                _____
                                                HONORABLE WILLIAM J. MARTINI
                                                United States District Judge